# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TRAVIS STAMBAUGH, | : No. 54 MM 2022 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MIFFLIN COUNTY DISTRICT ATTORNEYS [SIC] OFFICE; MAYORS [SIC] OFFICE FOR BOROUGH OF (LEWISTOWN); OFFICE OF ATTORNEY GENERALS [SIC]; MIFFLIN COUNTY & PENNSYLVANIA STATE OFFICIALS IN THEIR OFFICIAL CAPACITIES, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.